# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA
# NEW ORLEANS DIVISION

| | |
|---|---|
| Wendy Trahan | Case No. 2:11-cv-1841-JCZ-DEK |
| Plaintiff, | |
| v. | **NOTICE OF DISMISSAL WITH PREJUDICE** |
| Global Credit & Collection Corporation | |
| Defendant. | |

Now comes Plaintiff, through counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses the present action with prejudice. This notice is being filed before Defendant has served an answer and therefore is appropriate for dismissal absent stipulation by all parties.

Defendant does not oppose the filing of this notice.

RESPECTFULLY SUBMITTED,

By: /s/ Greta L. Wilson
Greta L. Wilson
Atty Bar #19834
Macey Bankruptcy Law, P.C. – Of Counsel
3535 Canal Street
New Orleans, LA 70119
Telephone: (866) 339-1156
Fax: (312) 822-1064

## CERTIFICATE OF SERVICE

I hereby certify that on a copy of the foregoing Notice was filed electronically on November 30, 2011.  Notice of this filing was sent by placing a copy of the same in the U.S. Mail on November 30, 2011, addressed as follows:

J. Grace Felipe
CARLSON & MESSER, LLP
5959 W. Century Boulevard, Ste. 1214
Los Angeles, California 90045

*/s/ Greta L. Wilson*